77260. STATE OF GEORGIA et al. v. BALDWIN.
(371 SE2d 135)

BIRDSONG, Chief Judge.

The State brings this direct appeal from a judgment of the Ware County Superior Court affirming the award of the State Board of Workers' Compensation. Appeals "from decisions of the superior courts reviewing decisions of the [State] Board of Workers' Compen-

sation" must be made in accordance with the discretionary appeal procedure of OCGA § 5-6-35 (a) (1). The requirements of this code section are jurisdictional and in the absence of compliance, this court is without authority to accept an appeal. *Crimminger v. Habif*, 174 Ga. App. 440, 441 (330 SE2d 164). As the procedure mandated by OCGA § 5-6-35 was not followed, this appeal must be dismissed. *DePass v. Bd. of Review*, 172 Ga. App. 561 (324 SE2d 505).

*Appeal dismissed. Banke, P. J., and Beasley, J., concur.*

DECIDED JUNE 22, 1988.

*A. Mark Lee, Michael J. Bowers, Attorney General,* for appellants.

*Rudolph J. Chambless,* for appellee.